THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK ALLEN SILVA, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN STATE HOSPITAL, *et al.*, <br><br> Defendants. | CASE NO. C24-5498-JCC <br><br> ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") (Dkt. No. 5) of Judge Theresa L. Fricke, United States Magistrate Judge, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court ADOPTS the R&R.

(2) Plaintiff's civil rights complaint and the action are DISMISSED without prejudice for failure to prosecute.

(3) Plaintiff's motion to proceed IFP (Dkt. 1) is DENIED.

(4) The Clerk is DIRECTED to provide a copy of this order to Plaintiff.

//
//
//
//

ORDER
C24-5498-JCC
PAGE - 1

DATED this 26th day of September 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE